**No. 08-9156. Holly Wood, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections, et al.**

559 U.S. 1032, 130 S. Ct. 1942, 176 L. Ed. 2d 405, 2010 U.S. LEXIS 2372.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 290, 130 S. Ct. 841, 175 L. Ed. 2d 738, 2010 U.S. LEXIS 763.